UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IKECHI KALLYS ALBERT, in behalf of
himself and for Cheryl Albert, a minor,

          Plaintiff,

v.

FARMERS INSURANCE GROUP d/b/a
Illinois Farmers Insurance Company,
CREDIT COLLECTION SERVICES,
KINGDOM KANU, T-MOBILE USA, INC.,
and ASURION INSURANCE, INC.,

          Defendants.

Civil File No. 06-1250 (JNE/JJG)

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

Plaintiff's claims against Defendants T-Mobile USA, Inc., and Asurion Insurance, Inc., are dropped from this action pursuant to Fed. R. Civ. P. 21, and that such claims are dismissed without prejudice.

Dated: June 19 , 2006

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States Distroct Judge

Case 0:06-cv-01250-JNE-JJG   Filed 06/19/2006   Page 2 of 2